JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>$1,015,157.89 IN BANK FUNDS,<br><br>        Defendant. | NO. 2:19-cv-02396-JDE<br>    2:21-cv-01380-JDE<br><br>CONSENT JUDGMENT OF FORFEITURE |

   Plaintiff, the United States of America ("the Government" or "Plaintiff"), and Claimants Shaobo Yu and Xin Qi ("Claimants") have made a stipulated request for the entry of this Consent Judgment.

   The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

   1.   The Government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of

this Court.  Claimants have filed claims and answers.  The Government has not received any other claims or answers, and the time for filing claims and answers has expired.  This Court has jurisdiction over the Claimants.

2.   Claimants have agreed to the forfeiture of $965,157.89, of the Defendant Funds.

3.   $50,000 of the Defendant Funds, without interest, shall be released to the Claimants through their counsel.

4.   If the Government elects to make the payment of $50,000 by check, the check shall be payable to "John R. Cogorno, Attorney at Law, IOLTA Account" and mailed to Claimants in care of their attorney, John R. Cogorno at 14121 Beach Blvd., Westminster, California 92683.  If the Government elects to make the payment by wire transfer, the funds shall be wire transferred to the John R. Cogorno, Attorney at Law, IOLTA Account.  Upon request from the Government, Claimants through their attorney, shall provide personal identifiers and the necessary bank information to complete the transfer.

5.   The remaining $965,157.89 of the seized funds, together with all interest earned by the Government on the total amount of the Defendant Funds, is hereby forfeited to the Government, and no other right, title, or interest shall exist therein.  The Government shall dispose of the Defendant Funds in accordance with law.

6.   The Court finds that there was reasonable cause for the seizure of the Defendant Funds and the institution of this action.  This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. Each of the parties shall bear its own attorney fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: May 12, 2022

_____
JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

Prepared by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
_____
DAN G. BOYLE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA